C-13-15A(Order)
(Rev. 11/06)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| PORTER, WILLIAM HARRISON xxx-xx-1411 | ) | |
| PORTER, KATHLEEN NELSON xxx-xx-4020 | ) | |
| 354 DOGWOOD ACRES LANE | ) | No: 08-11976 C-13G |
| MADISON, NC 27025 | ) | |
| Debtors | ) | |

<u>ORDER</u>

This matter coming before the Court upon the Motion of Anita Jo Kinlaw Troxler, Trustee for the above-referenced Debtors that an Order be entered finding the claim of HSBC Retail Credit (USA), Inc. % Bass & Associates, PC filed in the amount of $6,084.07 to be an unsecured non-priority claim due to no evidence of a non-preferential perfected lien against property of the estate and there being no filed objection to the Motion within the time period set forth in the Notice issued on September 15, 2009, by the Clerk of Court setting October 15, 2009, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

ORDERED that the claim of HSBC Retail Credit (USA), Inc. % Bass & Associates, PC filed in the amount of $6,084.07 is found to be an unsecured non-priority claim due to no evidence of a non-preferential perfected lien against property of the estate.

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

WILLIAM HARRISON PORTER
KATHLEEN NELSON PORTER
354 DOGWOOD ACRES LANE
MADISON NC  27025

BILL I LONG JR ESQ
P O BOX 10247
GREENSBORO NC  27404

HSBC RETAIL CREDIT (USA) INC
% BASS & ASSOCIATES PC
3936 E FT LOWELL RD STE 200
TUCSON AZ 85712

FIFTH THIRD BANK
1850 E PARIS SE MD #ROPS05
GRAND RAPIDS MI 49546

WACHOVIA BANK NA
P O BOX 13765
ROANOKE VA  24037

SEAN M CORCORAN ESQ
5121 PARKWAY PLAZA DR STE 300
CHARLOTTE NC  28217

RECOVERY MGMT SYSTEMS CORP
ATTN MANAGING AGENT
25 SE 2ND AVE STE 1120
MIAMI FL 33131

BASS & ASSOCIATES PC
3936 E FT LOWELL ROAD STE 200
TUCSON AZ 85712

PRA RECEIVABLES MGMT LLC
ATTN MANAGING AGENT
P O BOX 41067
NORFOLK VA 23541